THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
CASSIUS C. CORNER, Appellant.

(Argued June 19, 1891; decided October 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made February 3, 1891, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee.

*Frederick Collin* for appellant.

*Charles F. Tabor, Attorney-General,* and *Erastus F. Babcock* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____